RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for German Alonso Del Real-Aguirre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>GERMAN ALONSO DEL REAL-AGUIRRE,<br><br>        Defendant. | Case No. 2:22-mj-00654-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for German Alonso Del Real-Aguirre, that the Preliminary Hearing currently scheduled on December 2, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to prepare for hearing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 28th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERMAN ALONSO DEL REAL-AGUIRRE,<br><br>        Defendant. | Case No. 2:22-mj-00654-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, December 2, 2022 at 3:00 p.m., be vacated and continued to January 10, 2023 at 2:00 p.m. in Las Vegas courtroom 3B.

DATED: November 30, 2022.

_____
UNITED STATES MAGISTRATE JUDGE